UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| J.T., a minor b/n/f | ) | |
| JULIE TOFT, L.T., deceased | ) | |
| b/n/f JULIE TOFT, and | ) | |
| JULIE TOFT, individually, | ) | |
| | ) | |
| Plaintiff | ) | No. 2:10-0003 |
| | ) | Judge Campbell/Brown |
| v. | ) | |
| | ) | |
| JOHN DOE, JOHN DOE TRUCKING | ) | |
| COMPANY, JERRY LEE RATTS, and | ) | |
| SALEM LEASING CORPORATION, | ) | |
| | ) | |
| Defendants | ) | |

**O R D E R**

A telephone conference was held in this matter on June 8, 2010. The Plaintiff's counsel advised that the parties had reached a settlement in the matter and as soon as the necessary documents were signed they would be petitioning the Court for approval of the settlement inasmuch as a minor was involved.

The parties are requested to file the necessary papers requesting approval of any settlement within the next **30 days**. Settlement approval must be done by Chief Judge Campbell absent the consent of all parties to dispose of the case before the undersigned.

It is so **ORDERED.**

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge