IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JULIE TOFT | ) |
| | ) |
| v. | ) NO. 2:10-0003 |
| | ) JUDGE CAMPBELL |
| JOHN DOE, et al. | ) |

ORDER

Pending before the Court are a Joint Petition for Hearing Before Judge Campbell on Approval of Minor Settlement (Docket No. 19) and Joint Petition for Transfer of Jurisdiction to Judge Campbell for Hearing on Approval of Minor Settlement (Docket No. 20). The Motions are DENIED.

The parties consented to proceed before the Magistrate Judge in this action (Docket No. 17). Therefore, the Magistrate Judge shall hold any hearing for approval of settlement or any other matter herein.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE